COM.

v.

**EDDINGER, D.**

**2736 EDA 2016**

Superior Court of Pennsylvania.

08/31/2017

CP–39–CR–0005414–2015
(Lehigh)

Affirmed

COM.

v.

**ORTIZ, J.**

**3432 EDA 2016**

Superior Court of Pennsylvania.

08/31/2017
Reargument Denied 11/9/2017

CP–51–CR–1003051–1999
(Philadelphia)

Vacated/Remanded

**GLASS, N. PRODUCTIONS**

v.

**ERICA ENTERPRISES**

**3697 EDA 2016**

Superior Court of Pennsylvania.

08/31/2017

2013–24995
(Montgomery)

Affirmed

**IN the INTEREST OF:
L.A.L.P., a Minor**

**687 EDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–51–DP–0002009–2012
(Philadelphia)

Affirmed